Prob12B
D/NV Form
Rev. June 2014

# United States District Court
# for
# the District of Nevada

**REQUEST FOR MODIFICATION**
**TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER**
*Probation Form 49 (Waiver of Hearing) is Attached*
**December 6, 2019**

Name of Offender: **Jason David Garrett**

Case Number: **2:15CR00031**

Name of Sentencing Judicial Officer: **Honorable Kent J. Dawson**

Date of Original Sentence: **September 9, 2015**

Original Offense: **Possession of a Firearm by a Convicted Felon**

Original Sentence: **80 Months prison, followed by 36 Months TSR.**

Date Supervision Commenced: **January 28, 2021**

Name of Assigned Judicial Officer: **Honorable Kent J. Dawson**

## PETITIONING THE COURT

☒ To modify the conditions of supervision as follows:

1. **Residential Reentry Center** – You must reside in a residential reentry center for a term up to 120 days. You must follow the rules and regulations of the center.

## CAUSE

Garrett's supervised release will commence in the District of Nevada on January 28, 2021. Garrett has notified the probation office that he does not have a residence to release to and will be homeless. Due to Garrett's housing instability, the probation office is recommending Garrett's conditions of supervision be modified to include placement at the residential reentry center for up to 120 days. Garrett agrees with the proposed modification as witnessed by his signature on the attached Waiver of Hearing to Modify Conditions of Supervision.

Respectfully submitted,

Brandee N. Davis
2019.12.10
08:45:29 -08'00'

———————————————
Brandee Davis
United States Probation Officer

Approved:

Digitally signed by Brian Blevins
Date: 2019.12.06 17:03:47 -08'00'

———————————————
Brian Blevins
Supervisory United States Probation Officer

---

*THE COURT ORDERS*

☐   No Action.

☐   The extension of supervision as noted above.

kjd   The modification of conditions as noted above

☐   Other (please include Judicial Officer instructions below):

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

———————————————
Signature of Judicial Officer

December 12, 2019
———————————————
Date