**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| UNITED STATES OF AMERICA, | 2:15-cr-0031-KJD |
|---|---|
| Plaintiff, | |
| vs. | **Order** |
| JASON DAVID GARRETT, | |
| Defendant. | |

For the reasons stated in the parties' joint motion and good cause appearing,

IT IS HEREBY ORDERED that the parties' Joint Motion for Compassionate Release (#36) is GRANTED, effective fifteen days from the date of this Order. Defendant's custodial sentence is reduced to time served, with the sentence reduction taking effect fifteen days from the date of this Order.

IT IS FURTHER ORDERED that Defendant shall complete a fourteen-day quarantine and receive medical clearance consistent with BOP policy prior to his release.  IT IS FINALLY ORDERD that the Motion to Seal (#37) is **GRANTED**.

IT IS SO ORDERED.

Dated __December 10_____, 2020.

_____
United States District Judge