UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

USA

Plaintiff,

v.

Jason Garrett

Defendant.

JUDGMENT

Case Number: 2:15-cr-00031-KJD-NJK-1

(Related case: 2:20-cv-00839-KJD   )

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered in favor of Plaintiff USA against Defendant Jason Garrett.

4/12/2023
Date

DEBRA K. KEMPI
Clerk

/s/ J. Callo
Deputy Clerk