RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JACQUELYN N. WITT
Assistant Federal Public Defender
Nevada State Bar No. 13877
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Jackie_Witt@fd.org

Attorney for Jason Garrett

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JASON GARRETT,<br><br>　　　　　Defendant. | Case No. 2:15-cr-00031-KJD-NJK<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jacquelyn N. Witt, Assistant Federal Public Defender, counsel for Jason Garrett, that the Revocation Hearing currently scheduled on March 26, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than fourteen (14) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Defense counsel needs additional time to advise Mr. Garrett as to the allegations in the Petition and conduct investigation related to the same.

　　　　2.　　Defense counsel has requested mitigating documentation and additional time is needed to review those documents upon receipt.

3. Defense counsel needs additional time to review discovery with Mr. Garrett and fully advise him on this case.

4. Mr. Garrett is in custody and does not oppose the continuance.

5. The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 20th day of March, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Jacquelyn N. Witt<br>JACQUELYN N. WITT<br>Assistant Federal Public Defender | By /s/ Robert Knief<br>ROBERT KNIEF<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>   v.<br><br>JASON GARRETT,<br><br>      Defendant. | Case No. 2:15-cr-00031-KJD-NJK<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, March 26, 2024 at 12:00 p.m., be vacated and continued to April 9, 2024 at the hour of 11:30 a.m. in courtroom 4A.

   DATED this 25 day of March, 2024.

_____
UNITED STATES DISTRICT JUDGE