RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JACQUELYN N. WITT
Assistant Federal Public Defender
Nevada State Bar No. 13877
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Jackie_Witt@fd.org

Attorney for Jason Garrett

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>       v.<br><br>JASON GARRETT,<br><br>             Defendant. | Case No. 2:15-cr-00031-KJD-NJK<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jacquelyn N. Witt, Assistant Federal Public Defender, counsel for Jason Garrett, that the Revocation Hearing currently scheduled on April 9, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel requested mitigating documentation and is awaiting receipt of the same.

2. Defense counsel needs additional time to review mitigating documentation upon receipt and review the same with Mr. Garret.

3. Additional time is necessary to conduct investigation as to the allegations in the Petition and prepare for the revocation hearing, if necessary.

4. Mr. Garrett is in custody and agrees with the need to continue the hearing.

5. The parties agree to the continuance.

This is the third request for a continuance of the revocation hearing.

DATED this 3rd day of April, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Jacquelyn N. Witt*<br>JACQUELYN N. WITT<br>Assistant Federal Public Defender | By */s/ Robert Knief*<br>ROBERT KNIEF<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JASON GARRETT,<br><br>　　　　　Defendant. | Case No. 2:15-cr-00031-KJD-NJK<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for April 9, 2024 at 11:30 a.m., be vacated and continued to May 14, 2024 at the hour of 10:00 a.m. in courtroom 4A.

　　　DATED this 5th day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE