Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
JoNell Thomas
Assistant Federal Public Defender
Nevada State Bar No. 4771
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
JoNell_Thomas@fd.org
Attorneys for Jason Garrett

**United States District Court**

**District of Nevada**

| United States of America, | |
|---|---|
| Plaintiff, | Case No. 2:15-cr-00031-KJD-NJK |
| v. | |
| Jason Garrett, | **Unopposed Motion for Copies of Non-Public Docket for Appellate Purposes** |
| Defendant. | |

Defendant Jason Garrett, through counsel, moves this Court for an order permitting the Clerk's office to provide copies of the non-public docket sheet to undersigned counsel and counsel for the government. The non-public docket is necessary for the parties to assemble and review Mr. Garrett's record for his appeal from this Court's order revoking his supervised release. *United States v. Jason Garrett,* 9th Cir. No. 24-3354. The non-public docket sheet lists all sealed or restricted documents not viewable on the public docket sheet. From the public docket, counsel has identified several missing docket entries: Dkt. Nos. 4, 8, 38, 62, and 61.

Without the non-public docket sheet, the parties cannot determine the nature and relevance of the sealed or restricted documents for appeal. Review of the non-public docket sheet will permit the parties to effectively determine which sealed or

restricted documents need to be obtained and reviewed for direct appeal. If, after reviewing the non-public docket sheet, either party requires review of certain sealed or restricted documents, the party will request such items with specificity in a separate motion.

Access to the non-public docket is, therefore, necessary for counsel to provide constitutionally adequate representation for Mr. Garrett and so the parties can accurately provide and cite to the record on appeal. *See* Fed. R. App. P. 10(a); 9th Cir. Rules 10-2(b), 28-2.8, and 30-1; *see also*, *e.g.*, *United States v. Knight*, No. 3:19-cr-00038-MMD-CLB, ECF No. 214 (D. Nev. Sept. 28, 2021) (granting unopposed motion for copy of non-public docket for appellate purposes).

For these reasons, undersigned counsel request the Court order the Clerk's office to provide copies of the non-public docket sheet to undersigned counsel and counsel for the government. A proposed order is attached for the Court's convenience.

The undersigned has contacted counsel for the government, Assistant United States Attorneys Adam Flake and Robert Knief, and the government does not oppose this motion.

Dated: July 29, 2024.        Respectfully Submitted,

RENE L. VALLADARES
Federal Public Defender

By:  *s/ JoNell Thomas*
JoNell Thomas
Assistant Federal Public Defender

2

**Certificate of Service**

I certify that on July 29, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Nevada by using the appellate CM/ECF system.  Participants registered CM/ECF users will be served by the appellate CM/ECF system.  The following non-CM/ECF participants will be served by U.S. Mail:  **Mr. Jason Garrett**

           */s/ Jeremy Kip*
           Federal Public Defender Employee

3

**United States District Court**

**District of Nevada**

| | |
|---|---|
| United States of America,<br><br>          Plaintiff,<br><br>     v.<br><br>Jason Garrett,<br><br>          Defendant. | Case No. 2:15-cr-00031-KJD-NJK<br><br>**Order Permitting Copies of Non-Public Docket for Appellate Purposes** |

    IT IS HEREBY ORDERED that the Clerk's Office provide copies of the complete, non-public docket sheet to counsel for Jason Garrett and counsel for the United States of America.

    **Dated**: August 5, 2024.

_____
U.S. DISTRICT COURT JUDGE

4