RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JONELL THOMAS
Assistant Federal Public Defender
Nevada State Bar No. 4771
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
JoNell_Thomas@fd.org

Attorney for Jason Garrett

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JASON GARRETT,<br><br>　　　　　Defendant. | Case No. 2:15-cr-00031-KJD-NJK<br><br>**UNOPPOSED MOTION TO UNSEAL ADDENDUM TO PETITION FOR REVOCATION OF SUPERVISED RELEASE PETITION (ECF No. 61).**<br><br>**(EXPEDITED TREATMENT REQUESTED)** |

Defendant Jason Garrett, by and through his attorney Assistant Federal Public Defender JoNell Thomas, moves this Court to unseal the Addendum to Petition for Revocation of Supervised Release (ECF No. 61).

On December 23, 2020, Mr. Garrett commenced a term of federal supervised release. On March 25, 2021, his probation officer filed a petition with this Court seeking revocation of Mr. Garrett's supervised release. ECF No. 40. An Addendum to the Petition was filed on February 2, 2024. ECF No. 61 (SEALED). On May 14, 2024, this Court held a revocation hearing on the petition. ECF No. 69. Mr. Garrett admitted to violations 1, 2, 3, and 4 of the Petition, and violations 5A and 7 of the Addendum. This Court revoked supervised release,

sentencing Mr. Garrett to 24 months imprisonment. ECF Nos. 69, 70. The Addendum was not unsealed.

Mr. Garrett now requests this Court unseal the Addendum to the Petition for Revocation, ECF No. 61, as no legitimate prosecutorial objective is served by maintaining this filing under seal. *See generally United States v. Bracy*, 67 F.3d 1421 (9th Cir. 1995). The undersigned has contacted counsel for the government, Assistant United States Attorney Adam Flake, and the government does not oppose this motion.

DATED this 13th day of August, 2024.

RENE L. VALLADARES
Federal Public Defender

By */s/ JoNell Thomas*

JoNell Thomas
Assistant Federal Public Defender
Counsel for Jason Garrett

IT IS SO ORDERED.

DATE: 08/16/2024

KENT J. DAWSON
UNITED STATES DISTRICT JUDGE

2

### Certificate of Service

I certify that on August 13, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Nevada by using the appellate CM/ECF system. Participants registered CM/ECF users will be served by the appellate CM/ECF system. The following non-CM/ECF participants will be served by U.S. Mail: **Mr. Jason Garrett**

                                            */s/ Jeremy Kip*
                                            Federal Public Defender Employee

3